253 So.2d 219

STATE of Louisiana

v.

Tebbe ARBO et al.

No. 51817.

Oct. 18, 1971.

In re: Tebbe Arbo, Julia Nolan, Linda McClelland, Trudy Peralta, Rebecca An-

thony, Sunday Taylor and Pat Terrell applying for writs of certiorari, prohibition and mandamus.

Application denied. There is no showing of an abuse of discretion by the trial judge.